# IN THE SUPREME COURT OF TEXAS

No. 13-0760

In Re Gregory Lee West, Relator

On Petition for Writ of Habeas Corpus

**ORDER**

1.      The petition for writ of habeas corpus, filed on September 24, 2013, is **ABATED**.

2.      This case is abated until further order of this Court and is removed from the Court's active docket. It is the parties' responsibility to immediately notify this Court once the court of appeals' decision is final.

Done at the City of Austin, this 30th day of September, 2013.

Blake A. Hawthorne

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk